IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FIDAL ABDELJAWAD,

   Petitioner,

v.                                                                                        No. 21-cv-0170 WJ-KRS
                                                                                      No. 15-cr-3394 WJ-KRS

UNITED STATES OF AMERICA,

   Respondent.

## ORDER TO ANSWER

**THIS MATTER** is before the Court on Petitioner Fidal Abdeljawad's counseled Motion to Vacate Conviction and Sentence Under 28 U.S.C. § 2255 (CV Doc. 1; CR Doc. 187) (Motion). The Court reviewed the counseled Motion and determined it is not subject to summary dismissal under Habeas Corpus Rule 4.

Accordingly, it is **ORDERED** that Petitioner's counsel shall serve copies of this Order and the Motion (CV Doc. 1; CR Doc. 187) on the United States.

It is **FURTHER ORDERED** that the United States shall **FILE** a response to the Motion (CV Doc. 1; CR Doc. 187) within thirty (30) days of entry of this Order.

_____
UNITED STATES MAGISTRATE JUDGE