# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

FIDAL ABDELJAWAD,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

**Case 1:21-cv-0170 WJ-KRS**

### ORDER GRANTING EXTENSION OF TIME TO ANSWER MOTION
### TO VACATE CONVICTION AND SENTENCE UNDER 28 U.S.C. § 2255

THIS MATTER comes before the Court on the United States' Unopposed Motion for Extension of Time to Answer Motion to Vacate Conviction and Sentence Under 28 U.S.C. § 2255 [Doc. 5].   The Court finds that the motion is well taken and should be granted.

IT IS HEREBY ORDERED that the United States shall file an answer to the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [Doc. 1] not later than May 31, 2021.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE