# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**FIDAL ABDELJAWAD,**

     Petitioner,

v.

**UNITED STATES OF AMERICA,**

     Respondent.

**Case 1:21-cv-0170 WJ-KRS**

## ORDER GRANTING UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH ANSWER TO MOTION TO VACATE CONVICTION AND SENTENCE UNDER 28 U.S.C. § 2255

THIS MATTER comes before the Court on the UNITED STATES' Unopposed Motion for Leave to File Overlength Answer to Motion to Vacate Conviction and Sentence Under 28 U.S.C. § 2255 [Doc. 9]. The Court finds that the motion is well taken and should be granted.

IT IS HEREBY ORDERED that the UNITED STATES is granted leave to file a 26-page Answer to FIDAL ABDELJAWAD's pending Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody.


_____
KEVIN SWEAZEA
UNITED STATES MAGISTRATE JUDGE