IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FIDAL ABDELJAWAD,

    Petitioner,

v.                                            Case 1:21-CV-0170 WJ-KRS

UNITED STATES OF AMERICA,

    Respondent.

**ORDER EXTENDING PETITIONER'S DEADLINE TO REPLY IN SUPPORT OF HIS MOTION UNDER 28 U.S.C. § 2255**

    THIS MATTER having come before the Court upon Petitioner's Second Unopposed Motion Extending Deadline to Reply in Support of His Motion Under 28 U.S.C. § 2255.  This Court having considered the Motion and being otherwise fully advised in the premises and for good cause shown, FINDS that it is well taken.

    IT IS HEREBY ORDERED that the new deadline for Petitioner to reply in support of his motion is September 16, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,

FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD PA

*/s/ Vincent J. Ward                    .*
VINCENT J. WARD
20 First Plaza, Ste. 700
Albuquerque, NM 87102
(505) 842-9960
(505) 842-0761 facsimile
vjw@fbdlaw.com
jbe@fbdlaw.com

*Attorneys for Petitioner*

Approved by

UNITED STATES OF AMERICA

/s/Timothy S. Vasquez via email 8/25/2021
Timothy S. Vasquez
Assistant United States Attorney
Post Office Box 607
Albuquerque, New Mexico 87102
(505) 346-7274