IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FIDAL ABDELJAWAD,

    Petitioner,

v.                                       Case 1:21-CV-0170 WJ-KRS

UNITED STATES OF AMERICA,

    Respondent.

## NOTICE OF CHANGE OF ADDRESS

    Vincent J. Ward, counsel of record for Plaintiff, hereby notifies the court and all parties of his new address. Please direct all correspondence and notices to Vincent J. Ward at the following address:

> Vincent J. Ward
> The Ward Law Firm
> PO Box 7940
> Albuquerque, NM 87194
> vincent@wardlawnm.com
> 505-944-9454

Respectfully Submitted,

**FREEDMAN BOYD HOLLANDER
GOLDBERG URIAS & WARD, P.A.**

*/s/ Vincent J. Ward*
Vincent J. Ward
20 First Plaza, Suite 700
Albuquerque, NM 87102
P:(505) 842-9960/F:(505) 842-0761
vjw@fbdlaw.com

*Attorneys for Petitioner*

I HEREBY CERTIFY that on the 10th of November 2021, I electronically filed the foregoing with the Clerk of Court using CM/ECF system causing service on all parties.

*/s/ Vincent J. Ward*
Vincent J. Ward